**Opinion filed October 26, 2023**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00278-CV

_____

## BRINKERHOFF INSPECTION, INC. D/B/A SMOB, Appellant

## V.

## FORKLIFT RENTAL & EQUIPMENT, LLC, Appellee

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. CC23932**

### M E M O R A N D U M   O P I N I O N

Appellant, Brinkerhoff Inspection, Inc. d/b/a SMOB, filed a notice of appeal from a default judgment entered against Appellant. After this appeal was docketed, the trial court vacated the default judgment. Appellee, Forklift Rental & Equipment, LLC, then filed a motion to dismiss, or alternatively abate, this appeal for lack of disputed issues. In response to the motion, Appellant requested that we abate the appeal. Out of concern regarding the timing of the trial court's order vacating the judgment, we did not dismiss the appeal at that time. Instead, we abated the appeal pursuant to Rule 27.2 of the Texas Rules of Appellate procedure to give the parties

time to obtain a final, appealable order or judgment over which this court had jurisdiction. *See* TEX. R. APP. P. 27.2.

In our March 16 abatement order, we explained that, while Appellant had timely filed a notice of appeal, the default judgment from which Appellant originally appealed had been vacated by the trial court. As a result, we concluded that "[n]o final appealable order currently exists in this cause." We informed the parties that "[i]f a final, appealable order or judgment has not been entered by September 18, 2023, we may dismiss this appeal." *See* TEX. R. APP. P. 42.3.

Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007); *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The judgment that Appellant appealed has been vacated. Therefore, no final judgment or appealable order exists in this cause. *See Ray v. Life of Sterling Woods*, No. 01-22-00534-CV, 2022 WL 16556819, at \*1 (Tex. App.—Houston [1st Dist.] Nov. 1, 2022, no pet.) (mem. op.) (no final judgment or appealable order after trial court vacated judgment from which the appellant appealed); *M.A. Block Inv. Co. v. Whitten 20AC LLC*, No. 05-21-00009-CV, 2021 WL 1588997, at \*1 (Tex. App.—Dallas Apr. 23, 2021, no pet.) (mem. op.) (same). Because Appellant has not obtained a final, appealable order or judgment as directed by this court in the March 16 abatement order, we now reinstate the appeal and dismiss it for want of jurisdiction.

This appeal is dismissed for want of jurisdiction.

W. BRUCE WILLIAMS

October 26, 2023                    JUSTICE

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.